1   Lisa M. Carvalho (SBN 161420)
    Email: lcarvalho@reedsmith.com
2   Daniel J. Valim (SBN 233061)
    Email: dvalim@reedsmith.com
3   REED SMITH LLP
    1999 Harrison Street, Suite 2400
4   Oakland, CA 94612-3572

5   **Mailing Address:**
    P.O. Box 2084
6   Oakland, CA 94604-2084

7   Telephone:    +1 510 763 2000
    Facsimile:    +1 510 273 8832
8
    Attorneys for Defendant
9   Schering-Plough Corporation

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12   SHELLEY BLAM,                          No.: C08-03944

13                  Plaintiff,              **DEFENDANT SCHERING-PLOUGH'S
                                            CORPORATION CERTIFICATION OF
14         vs.                              INTERESTED ENTITIES OR PERSONS**

15   SCHERING-PLOUGH CORPORATION, DOES
     1 TO 10,                               [Local Rule 3-16]
16
17                  Defendants.

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Pursuant to Local Rule 3-16, the undersigned certifies that as of this date, other than the

2   named parties and the Plan Administrator and/or Administrative Committee for the Severance

3   Benefit Plan that is the subject of Plaintiff's state court Complaint, there is no such interest to report.

4

5   DATED: August 18, 2008.

6                                        REED SMITH LLP

7

8   By_____
                                         Lisa M. Carvalho
9                                        Daniel J. Valim
                                         Attorneys for Defendant
10                                       Schering-Plough Corporation

11

12

13

14

15

16

17

.18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSOAK-9916167.1-KHARA 8/18/08 2:31 PM

Defendant Schering-Plough Corporation's Certification of Interested Entities Or Persons