E-filing

1  Lisa M. Carvalho (SBN 161420)
   Email: lcarvalho@reedsmith.com
2  Daniel J. Valim (SBN 233061)
   Email: dvalim@reedsmith.com
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA 94612-3572

5  **Mailing Address:**
   P.O. Box 2084
6  Oakland, CA 94604-2084

7  Telephone:    +1 510 763 2000
   Facsimile:    +1 510 273 8832
8

9  Attorneys for Defendant
   Schering-Plough Corporation

10              UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12  SHELLEY BLAM,                          No.: C08-03944

13                  Plaintiff,             **DEFENDANT SCHERING-PLOUGH**
                                           **CORPORATION'S NOTICE OF**
14      vs.                                **PENDENCY OF OTHER RELATED**
                                           **ACTIONS OR PROCEEDINGS**
15  SCHERING-PLOUGH CORPORATION, DOES
    1 TO 10,                               [Local Rules 3-12, 3-13]
16
                    Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

— 1 —

DOCSOAK-9916185.1-KHARA 8/18/08 2:31 PM

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:

Pursuant to United States District Court for the Northern District of California Local Rules 3-12 and 3-13, Defendant Schering-Plough Corporation states that it is not aware of any related actions or of the pendency of other related proceedings in state or federal court.

DATED:  August 18, 2008.

REED SMITH LLP

By_____

Lisa M. Carvalho
Daniel J. Valim
Attorneys for Defendant
Schering-Plough Corporation

DOCSOAK-9916185.1-KHARA 8/18/08 2:31 PM

Defendant Schering-Plough Corporation's Notice of Pendency of Other Related Actions or Proceedings

REED SMITH LLP
A limited liability partnership formed in the State of Delaware