```
 1  Lisa M. Carvalho (SBN 161420)
    Email: lcarvalho@reedsmith.com
 2  Daniel J. Valim (SBN 233061)
    Email: dvalim@reedsmith.com
 3  REED SMITH LLP
    1999 Harrison Street, Suite 2400
 4  Oakland, CA 94612-3572

 5  Mailing Address:
    P.O. Box 2084
 6  Oakland, CA 94604-2084

 7  Telephone:  +1 510 763 2000
    Facsimile:  +1 510 273 8832
 8
    Attorneys for Defendant
 9  Schering-Plough Corporation
```

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHELLEY BLAM, | No.: C08-03944 MHP |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| SCHERING-PLOUGH CORPORATION, DOES 1 TO 10, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On August 18, 2008, I served the following document(s) by the method indicated below:

- CIVIL COVER SHEET

- DEFENDANT SCHERING-PLOUGH CORPORATION'S NOTICE OF REMOVAL OF CIVIL ACTION

- DEFENDANT SCHERING-PLOUGH CORPORATION'S NOTICE TO THE CLERK OF THE SUPERIOR COURT OF ALAMEDA AND TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b)

- DEFENDANT SCHERING-PLOUGH CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

- DEFENDANT SCHERING-PLOUGH CORPORATION'S NOTICE OF PENDENCY OF OTHER RELATED ACTIONS OR PROCEEDINGS

☐ by transmitting via facsimile on this date from fax number +1 510 273 8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

Steve Condie
11 Embarcadero West, Suite 140
Oakland, CA 94607

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 18, 2008, at Oakland, California.

*Renee Pelusi*
_____
Renee Pelusi

DOCSOAK-9916190.1