Lisa M. Carvalho (SBN 161420)
Email: lcarvalho@reedsmith.com
Daniel J. Valim (SBN 233061)
Email: dvalim@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:    +1 510 763 2000
Facsimile:    +1 510 273 8832

Attorneys for Defendant
Schering-Plough Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHELLEY BLAM, | No.: C 08-03944 MMC |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS** |
| vs. | **[F.R.C.P. RULE 12(B)(6)]** |
| SCHERING-PLOUGH CORPORATION, DOES 1 TO 10, | Date:  October 3, 2008<br>Time:  9:00 a.m.<br>Place: Courtroom 7 |
| Defendants. | **Hon. Maxine M. Chesney** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 3, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Maxine M. Chesney, United States District Judge, in Courtroom 7 of the above-entitled Court, Defendant Schering-Plough Corporation ("Defendant") will and hereby does move to dismiss the action pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) because plaintiff's complaint fails to state a claim upon which relief can be granted, on the

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  grounds that: (1) all of plaintiff's claims are preempted by the Employee Retirement Income
2  Security Act of 1974 ("ERISA"); and (2) under ERISA, defendant is not a proper party to plaintiff's
3  action.
4      The Motion will be based on this Notice of Motion, the accompanying Memorandum of
5  Points and Authorities, and the Declaration of Vincent Sweeney, as well as the papers, pleadings and
6  other documents on file in this action, and such other and further oral or documentary evidence as
7  may be presented at or before the hearing.

10  DATED: August, 25, 2008.

11  REED SMITH LLP

13  By /s/ Daniel J. Valm
    Lisa M. Carvalho
14  Daniel J. Valim
    Attorneys for Defendants
15  Schering-Plough Corporation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware