– 1 –

Lisa M. Carvalho (SBN 161420)
Email:  lcarvalho@reedsmith.com
Daniel J. Valim (SBN 233061)
Email:  dvalim@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:     +1 510 763 2000
Facsimile:     +1 510 273 8832

Attorneys for Defendant
Schering-Plough Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY BLAM,<br><br>          Plaintiff,<br><br>     vs.<br><br>SCHERING-PLOUGH CORPORATION, DOES 1 TO 10,<br><br>          Defendants. | No.: C 08-03944 MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SCHERING-PLOUGH CORPORATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**Date:       October 3, 2008**<br>**Time:       9:00 a.m.**<br>**Place:      Courtroom 7**<br><br>**Hon. Maxine M. Chesney** |

Defendant Schering-Plough Corporation's ("Defendant") Motion to Dismiss Plaintiff's Complaint came on regularly for hearing on October 3, 2008, before this Court, the Honorable Maxine M. Chesney presiding.  Parties appeared through their respective counsel.  After considering all the papers and admissible evidence submitted by the parties in support of and in opposition to the Motion to Dismiss, and the arguments of counsel in connection with this matter, and good cause appearing therefor, the Court finds that Plaintiff's Complaint fails to state a claim upon which relief can be granted, on the grounds that:  (1) all of plaintiff's claims are preempted by the Employee

– 2 –

Retirement Income Security Act of 1974 ("ERISA"); and (2) under ERISA, defendant is a not proper party to plaintiff's action.

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint is Granted.

The Complaint therefore is dismissed, without leave to amend.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Maxine M. Chesney

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –
[Proposed] Order Granting Defendant Schering-Plough Corporation's Motion to Dismiss Plaintiff's Complaint
No.: C 08-03944 MMC