1  Lisa M. Carvalho (SBN 161420)
   Email: lcarvalho@reedsmith.com
2  Daniel J. Valim (SBN 233061)
   Email: dvalim@reedsmith.com
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA 94612-3572

5  **Mailing Address:**
   P.O. Box 2084
6  Oakland, CA 94604-2084

7  Telephone:    +1 510 763 2000
   Facsimile:    +1 510 273 8832
8

   Attorneys for Defendant
9  Schering-Plough Corporation

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12  SHELLEY BLAM,                          No.: C 08-03944 MMC

13              Plaintiff,                 **CERTIFICATE OF SERVICE**

14       vs.                               Date:    October 3, 2008
                                           Time:    9:00 a.m.
15  SCHERING-PLOUGH CORPORATION, DOES      Place:   Courtroom 7
    1 TO 10,
16
                Defendants.
17                                         Hon. Maxine M. Chesney

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On August 25, 2008, I served the following document(s) by the method indicated below:

- **NOTICE OF MOTION AND MOTION TO DISMISS [F.R.C.P. RULE 12(B)(6)**

- **DEFENDANT SCHERING-PLOUGH CORPORATION'S BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**

- **DECLARATION OF VINCENT SWEENEY IN SUPPORT OF DEFENDANT SCHERING-PLOUGH CORPORATION'S MOTION TO DISMISS [F.R.C.P. RULE 12(B)(6)]**

- **PROPOSED ORDER**

☐ by transmitting via facsimile on this date from fax number +1 510 273 8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

Steve Condie
11 Embarcadero West
Suite 140
Oakland, CA 94607

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 25, 2008, at Oakland, California.

*Renee Pelusi*
Renee Pelusi

DOCSOAK-9916709.1

– 1 –

Certificate of Service