Lisa M. Carvalho (SBN 161420)
Email: lcarvalho@reedsmith.com
Daniel J. Valim (SBN 233061)
Email: dvalim@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:    +1 510 763 2000
Facsimile:    +1 510 273 8832

Attorneys for Defendant
Schering-Plough Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY BLAM,<br><br>               Plaintiff,<br><br>    vs.<br><br>SCHERING-PLOUGH CORPORATION, DOES 1 TO 10,<br><br>               Defendants. | No.: C 08-03944 MMC<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br>**[F.R.C.P. RULE 12(B)(6)]**<br><br>**Date:**    **October 3, 2008**<br>**Time:**    **9:00 a.m.**<br>**Place:**    **Courtroom 7**<br><br>**Hon. Maxine M. Chesney** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 3, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Maxine M. Chesney, United States District Judge, in Courtroom 7 of the above-entitled Court, Defendant Schering-Plough Corporation ("Defendant") will and hereby does move to dismiss the action pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) because plaintiff's complaint fails to state a claim upon which relief can be granted, on the

grounds that: (1) all of plaintiff's claims are preempted by the Employee Retirement Income Security Act of 1974 ("ERISA"); and (2) under ERISA, defendant is not a proper party to plaintiff's action.

The Motion will be based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, and the Declaration of Vincent Sweeney, as well as the papers, pleadings and other documents on file in this action, and such other and further oral or documentary evidence as may be presented at or before the hearing.

DATED: August, 25, 2008.

REED SMITH LLP

By /s/ Daniel J. Valm
   Lisa M. Carvalho
   Daniel J. Valim
   Attorneys for Defendants
   Schering-Plough Corporation