**United States District Court**
For the Northern District of California

1
2
3
4
5
6       IN THE UNITED STATES DISTRICT COURT
7
8       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  SHELLEY BLAM                                    NO. CV 08-03944 MMC
11              Plaintiff,                          **CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER**
        v.
12
13  SCHERING-PLOUGH CORPORATION
            Defendant.
14  _____/
15
16  On 8/18/08, counsel for Defendant(s) filed a Notice of Removal, Certificate of Interested Entities &
17  Notice of Pendency manually, on paper. This case has been designated for electronic filing, pursuant
    to Local Rule 5-4 and General Order 45.
18
19
20  The above mentioned paper document has been filed and docketed. However, General Order 45
21  provides at Section III that cases assigned to judges who participate in the e-filing program "shall be
    presumptively designated" as e-filing cases. Therefore, counsel for Defendant(s) should submit the
22  above mentioned documents, in PDF format within 10 days, as an attachment in an *e-mail* message
23  directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the
24  **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been
25  previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should
26  be e-filed.
27
28

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF." Counsel in this case who have not yet registered as ECF Users must do so immediately. Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: August 28, 2008

/s/ Alfred Amistoso
Alfred Amistoso
Deputy Clerk

2