UNITED STATES DISTRICT COURT
Northern District of California

Shelley Blam,

Plaintiff(s),

v.

Schering-Plough Corporation,

Defendant(s).

CASE NO. C 08-03944 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Daniel E. Wille, an active member in good standing of the bar of the Western District of Pennsylvania, whose business address and telephone number is 435 Sixth Avenue, Pittsburgh ~~(particular court to which applicant is admitted) is 700 Grant Street, Pittsburgh~~, Pennsylvania 15219, telephone ~~412-208-7500~~, 412-288-3131, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 19, 2008

United States District Judge