STEVE CONDIE (SBN 60855)
Email: rscondie@yahoo.com
11 Embarcadero West, Suite 140
Oakland, California 94607

Telephone:    (510) 272-0200
Facsimile:    (510) 451-3931

Attorney for Plaintiff,
Shelley Blam

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY BLAM,<br><br>                    Plaintiff,<br><br>vs.<br><br>SCHERING-PLOUGH CORPORATION,<br>DOES 1 TO 10,<br><br>                    Defendants.<br>_____ | Case No. C- 08-03944 MMC<br>ORDER GRANTING<br>REQUEST TO RESCHEDULE CASE<br>MANAGEMENT CONFERENCE<br><br>Date:     December 5, 2008<br>Time:     10:30 a.m.<br>Place:    Courtroom 7<br><br>Hon. Maxine M. Chesney |

Plaintiff Shelley Blam hereby requests that the Case Management Conference, currently scheduled for December 5, 2008, be rescheduled to a new date approximately 90 days hence. This request is made because the original defendant in this case has been dismissed, and the new defendant named in the amended complaint filed October 31, 2008 has not yet appeared. Although opposing counsel has indicated to me that the request for waiver of service will be accepted by the current named defendant, he is understandably reluctant to take official actions on behalf of his client until a formal appearance has been made. Thus, until the current defendant appears in the action (which could be as late as January 6, 2009 under the provisions of Fed. R. Civ. P. 4 (d) (3)) I cannot

meet and confer with opposing counsel to prepare and file a joint case management conference statement. Therefore I believe that it would be appropriate to reschedule the Case Management Conference to a date after the new defendant has appeared in the action. I have discussed this matter with Mr. Valim, who was counsel for the previous defendant and whom I expect will be the counsel for the new defendant, and he is in agreement with this request, although he does not believe it would be appropriate for him to enter into a stipulation at this point, as no party represented by him is currently before the court.

November 19, 2008

/s/

Steve Condie
Attorney for Plaintiff
Shelley Blam

## ORDER

IT IS SO ORDERED. Specifically, the Case Management Conference is hereby CONTINUED from December 5, 2008 to February 27, 2009. A Joint Case Management Statement shall be filed no later than February 20, 2009.

Dated: November 20, 2008

United States District Judge

REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE
No.: C 08-03944                                                                                                               ii