Daniel E. Wille (SBN 39045)
Email: dwille@reedsmith.com
Lisa M. Carvalho (SBN 161420)
Email: lcarvalho@reedsmith.com
Daniel J. Valim (SBN 233061)
Email: dvalim@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:     +1 510 763 2000
Facsimile:      +1 510 273 8832

Attorneys for Defendant
Schering-Plough Corporation Severance Benefit Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY BLAM,<br><br>                Plaintiff,<br><br>        vs.<br><br>SCHERING-PLOUGH CORPORATION SEVERANCE BENEFIT PLAN,<br><br>                Defendants. | No.: C 08-03944<br><br>**STIPULATION AND [PROPOSED] ORDER RE TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:         February 27, 2009<br>Time:         10:30 a.m.<br>Place:         Courtroom 7<br><br>Honorable Maxine M. Chesney |

No.: C 08-03944                                – 1 –

STIPULATION AND [PROPOSED] ORDER RE TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

Plaintiff and Defendant, through their respective counsel, hereby stipulate to and request permission to participate telephonically in the Case Management Conference scheduled for February 27, 2009 at 10:30 a.m.  A consideration for this request is that lead counsel for Defendant, Daniel E. Wille, is located in Pennsylvania.

The Court and counsel for both parties will call (877) 506-4265 and enter pass code 510 466 6731.

DATED: February 19, 2009.

REED SMITH LLP

By   */s/ Daniel J. Valim*
Daniel E. Wille
Lisa M. Carvalho
Daniel J. Valim
Attorneys for Defendant
Schering-Plough Corporation
Severance Benefit Plan

   */s/ Steve Condie*
STEVE CONDIE
Attorney for Plaintiff

### [PROPOSED] ORDER

The Court, having considered the above stipulation of the parties, and good cause appearing to grant the requested relief, hereby orders that ~~the counsel may~~ all counsel shall participate in the February 27, 2009 Case Management Conference by CourtCall Telephonic Appearance.

The Court ~~and counsel for both parties will call (877) 506-4265 and enter pass code 510 466 6731.~~ shall initiate the call.

DATED: February 24, 2009

Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE

US_ACTIVE-101206405.1

No.: C 08-03944    – 2 –

STIPULATION AND [PROPOSED] ORDER RE TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE