REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Daniel E. Wille (SBN 39045)
   Email: dwille@reedsmith.com
2  Lisa M. Carvalho (SBN 161420)
   Email: lcarvalho@reedsmith.com
3  Daniel J. Valim (SBN 233061)
   Email: dvalim@reedsmith.com
4  REED SMITH LLP
   1999 Harrison Street, Suite 2400
5  Oakland, CA 94612-3572

6  **Mailing Address:**
   P.O. Box 2084
7  Oakland, CA 94604-2084

8  Telephone:    +1 510 763 2000
   Facsimile:    +1 510 273 8832
9

10 Attorneys for Defendant
   Schering-Plough Corporation Severance Benefit
   Plan

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14 SHELLEY BLAM,                          No.: C 08-03944

                                          (WDB)
15            Plaintiff,                   [PROPOSED] ORDER GRANTING
                                          DEFENDANT'S REQUEST TO APPEAR
16       vs.                              AT MEDIATION VIA VIDEO
                                          CONFERENCE
17 SCHERING-PLOUGH CORPORATION
   SEVERANCE BENEFIT PLAN,                Date:         April 28, 2009

18            Defendants.                 Honorable Wayne D. Brazil

19

20

21

22

23

24

25

26

27

28

1        Pursuant to Northern District ADR Local Rule 6-10, this Court hereby grants Defendant

2 Schering-Plough Corporation Severance Benefit Plan's ("Defendant") request to appear at the April

3 28, 2009 mediation via video conference. This request is granted due to the large expense associated

4 with the cross country travel of lead defense counsel and Defendant's client representative as well as

5 the limited amount in controversy.

6

7

8 DATED: 5/10/09                 Honorable Wayne D. Brazil

9                                   ADR MAGISTRATE JUDGE

US_ACTIVE-101464755.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C 08-03944             – 2 –

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR AT MEDIATION VIA VIDEO
CONFERENCE