Daniel E. Wille (PA SBN 39045) (*Pro Hac Vice*)
Email: dwille@reedsmith.com
Lisa M. Carvalho (CA SBN 161420)
Email: lcarvalho@reedsmith.com
Daniel J. Valim (SBN 233061)
Email: dvalim@reedsmith.com

REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  +1 510 763 2000
Facsimile:  +1 510 273 8832

Attorneys for Defendant
Schering-Plough Corporation Severance
Benefit Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHELLEY BLAM,<br><br>        Plaintiff,<br><br>    vs.<br><br>SCHERING-PLOUGH CORPORATION SEVERANCE BENEFIT PLAN,<br><br>        Defendant. | No.: C08-03944 MMC<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between Plaintiff Shelley Blam and Defendant Schering-Plough Corporation Severance Benefit Plan, through their respective counsel of record, that the above-entitled action be, and hereby, is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear her/its own

attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: May 21, 2009.

REED SMITH LLP

By _____
Daniel E. Wille
Daniel J. Valim
Attorneys for Defendant
Schering-Plough Corporation Severance Benefit Plan

DATED: May 18 2009.

By _____
Steve Condie
Attorney for Plaintiff

IT IS SO ORDERED.

DATED: May 26, 2009

_____
Hon. Maxine M. Chesney
United States District Court Judge